# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17-cv-137

| | |
|---|---|
| DONNA KLINGER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SNAP-ON POWER TOOLS, INC., )<br>)<br>Defendant. )<br>) | ORDER |

**THIS MATTER** is before the Court on G. Bryan Adams, III's Application for Admission to Practice *Pro Hac Vice* of Oyvind Wistrom. It appearing that Oyvind Wistrom is a member in good standing with the Wisconsin State Bar and will be appearing with G. Bryan Adams, III, a member in good standing with the Bar of this court, that all admission fees have been paid, and the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that G. Bryan Adams, III's Application for Admission to Practice Pro Hac Vice (#5) of Oyvind Wistrom is GRANTED,

and that Oyvind Wistrom is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with G. Bryan Adams, III.

Signed: August 5, 2017

Dennis L. Howell
United States Magistrate Judge